**Therl TAYLOR, Plaintiff–Appellant,**

v.

**Charles BROOKS; Jeanette McBride; Jane Does; John Does, Defendants–Appellees.**

**No. 15–7270.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 22, 2015.

Therl Taylor, Appellant Pro Se.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therl Taylor appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

cussing standard for determining finality of order).

trict court. *Taylor v. Brooks*, No. 3:15–cv–01138–RMG, 2015 WL 4274834 (D.S.C. July 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*